**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED MEXICAN STATES

              Petitioner,

      v.

LION MEXICO CONSOLIDATED L.P.

            Respondent.

Case No. _____

---

### DECLARATION OF STEPHAN BECKER

I, Stephan Becker, hereby declare and state pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a Partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, attorney for Petitioner United Mexican States ("Mexico") in the above captioned action.

2.     I am licensed and in good standing to practice law in Washington D.C.  I am also admitted to the United States District Court for the District of Columbia.

3.     I make this declaration in support of Mexico's Petition to Vacate the arbitral award issued against it, and in favor of Respondent Lion Mexico Consolidated L.P. ("Lion"), on September 20, 2021, and for no other purpose.

4.     Attached hereto as Exhibit 1 is a true and accurate copy of *Lion Mexico Consolidated L.P. v. United Mexican States*, ICSID Case No. ARB(AF)/15/2, Award, September 20, 2021.

5.     Attached hereto as Exhibit 2 is a true and accurate copy of the North American Free Trade Agreement, Chapter 11.

6.      Attached hereto as Exhibit 3 is a true and accurate copy of *Lion Mexico Consolidated L.P. v. United Mexican States*, ICSID Case No. ARB(AF)/15/2, Counter-Memorial, October 26, 2018.

7.      Attached hereto as Exhibit 4 is a true and accurate copy of the NAFTA Free Trade Commission, Notes of Interpretation of Certain Chapter 11 Provisions, July 31, 2001.

8.      Attached hereto as Exhibit 5 is a true and accurate copy of *GAMI Investments, Inc. v. The Government of the United Mexican States*, UNCITRAL, Final Award, Nov. 15, 2004.

9.      Attached hereto as Exhibit 6 is a true and accurate copy of *Chemtura Corporation v. Government of Canada,* UNCITRAL, Award, Aug. 2, 2010.

10.     Attached hereto as Exhibit 7 is a true and accurate copy of *Merrill and Ring Forestry L.P. v. Canada*, ICSID Case No. UNCT/07/1, Statement of Claim, December 27, 2006.

11.     Attached hereto as Exhibit 8 is a true and accurate copy of *Merrill and Ring Forestry L.P. v. Government of Canada*, ICSID Case No. UNCT/07/1, Award, March 31, 2010.

12.     Attached hereto as Exhibit 9 is a true and accurate copy of *Lion Mexico Consolidated L.P. v. United Mexican States*, ICSID Case No. ARB(AF)/15/2, Submission of the United States of America, June 21, 2019.

13.     Attached hereto as Exhibit 10 is a true and accurate copy of the International Centre for Settlement of Investment Disputes Additional Facility Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Washington, D.C.
        December 6, 2021

_____
                Stephan E. Becker